UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Eric J Clayman, Esquire**
**Jenkins & Clayman**
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorney for Debtors

In Re:

Victor Davies,
Debtors

Case No.:   17-35258

Judge:   JNP

Chapter:   13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**
☐ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☒ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned Chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by

    creditor.

    A hearing has been scheduled for

    OR

    ☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee,

    A hearing has been scheduled for _._

    ☐ Certification of Default filed by _____, creditor

    I am requesting a hearing be scheduled in this matter.

    OR

    ☒ Certification of Default filed by Standing Chapter 13 Trustee.

    I am requesting a hearing be scheduled in this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

☐    Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support of attached hereto.

☐    Payments have not been made for the following reasons and debtor proposes repayment as follows **explain your answer)**:_____

☒    Other **(explain your answer)**: I made a $516.00 Trustee payment that was posted on January 14, 2019. As such, I am currently only $176.00 in arrears. I will cure the aforementioned amount by making an overpayment next month.

3.    This Certification is being made in an effort to resolve the issues raised by the creditor in this motion.

4.    I certify under penalty of perjury that the foregoing is true and correct.


Date: 1/16/2019                             /s/Victor Davies
                                            Victor Davies, debtor


NOTE:

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss*.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default*.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**