# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Victor Davies | Case No.: 17-35258<br>Hearing Date: 2/8/2019<br>Chapter: 13<br>Judge: JNP |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Jerrold N. Poslusny Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Non-Payment

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** February 8, 2019 @ 10:00AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 1/16/2019

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __1/16/__, 20__19__ this notice was served on the following:

Debtor, Counsel for Debtor, and Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Victor Davies  
       Debtor

Case No. 17-35258-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jan 16, 2019  
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.  
db         +Victor Davies,   704 N. 10th Street,   Millville, NJ 08332-2605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2019 at the address(es) listed below:  
          Eric  Clayman    on behalf of Debtor Victor  Davies jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 5