| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on July 15, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re<br><br>  Victor Davies<br>debtors | Case No.:  17-35258<br>Chapter:  13<br>Hearing Date:  1/15/2021-3/19/2021<br>Judge:  JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: July 15, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $ 663.50     for services rendered and expenses in the amount of $ 9.30     for a total of  $  672.80 . The allowance is payable:

    __ through the Chapter 13 plan as an administrative priority.
    ___ outside the plan.
    X   From funds the Chapter 13 Trustee is holding up to the extent of this allowance.

The debtor's monthly plan is modified to require a payment of  $  N/A    per month for   N/A   months to allow for payment of the above fee.

Case 17-35258-JNP    Doc 50    Filed 07/17/21    Entered 07/18/21 00:15:14    Desc Imaged
                              Certificate of Notice    Page 3 of 3

United States Bankruptcy Court

District of New Jersey

In re:  
Victor Davies  
    Debtor

Case No. 17-35258-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1  
Date Rcvd: Jul 15, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Victor Davies, 26 Ladow Avenue, Apartment 12D, Millville, NJ 08332-1428 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric Clayman | on behalf of Debtor Victor Davies mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor DITECH FINANCIAL LLC kmcdonald@blankrome.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5